IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL E. PETTIT                                                                                           PLAINTIFF

V.                                                  2:16CV00102 JM

UNITED STATES DISTRICT COURT,
District of Utah; UTAH HIGHWAY PATROL                                              DEFENDANTS

## ORDER

Plaintiff Michael E. Pettit has submitted this 42 U.S.C. § 1983 case for filing in this District. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the District of Utah. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the District of Utah. 28 U.S.C. § 1406(a).[1]

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the District of Utah.

The order dated October 8, 2016 (Docket No. 2) is hereby set aside.

DATED this 28th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*